IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams Jr, Johnnie | Case Number: 05 B 18905 |
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 5/11/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 26, 2007
Confirmed: July 25, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 11,132.90 | |
| Secured: | | 0.00 |
| Unsecured: | | 7,904.78 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 528.12 |
| Other Funds: | | 0.00 |
| Totals: | 11,132.90 | 11,132.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Unsecured | 11,260.59 | 7,904.78 |
| 4. | Corporate America Family CU | Unsecured | 125.64 | 0.00 |
| 5. | Sallie Mae | Unsecured | 773.71 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 323.53 | 0.00 |
| 7. | Illinois Student Assistance Commission | Unsecured | 666.46 | 0.00 |
| 8. | Robert Morris College | Unsecured | 298.75 | 0.00 |
| 9. | Cingular Wireless | Unsecured | 166.35 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 119.80 | 0.00 |
| 11. | Rush Presbyterian St Luke's Hospital | Unsecured | | No Claim Filed |
| 12. | Melanie Fitness Center | Unsecured | | No Claim Filed |
| 13. | Professional Recovery Service | Unsecured | | No Claim Filed |
| 14. | TCF Bank | Unsecured | | No Claim Filed |
| | | | $ 16,434.83 | $ 10,604.78 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 60.03 |
| 5.5% | 162.30 |
| 5% | 124.27 |
| 4.8% | 144.10 |
| 5.4% | 37.42 |
| | $ 528.12 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Williams Jr, Johnnie | Case Number:  05 B 18905 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/8/08 | Filed:  5/11/05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

